IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 11 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

CARL D. GORDON,
  Plaintiff,

v.                    Civil Action
                      No.: 7:15-cv-00095

FRED SCHILLING, et al.,
  Defendants.

## MOTION TO CORRECT OR AMEND COMPLAINT

1. I the plaintiff herein, carl d. gordon, respectfully move the Court to have the caption of Complaint No. 7:15-cv-00095 corrected/amended to state Mark Amonette as a defendant instead of the misspelled "Ammette" currently stated, or grant me leave to make the correction/amendment. It seems that only the caption of the Complaint needs to be corrected/amended, unless the Court determines otherwise.

2. I misspelled Dr. Amonette's name in the Complaint because the chief nurse at this prison, Ms. Marsha Stanford, spelled his name as "Ammette" on a request form response. However, I recently discovered that the correct spelling of

the defendant's last name is Amonette.

WHEREFORE, for the reasons stated, I request that this Honorable Court have the spelling of Defendant Amonette's last name corrected in the caption of Complaint No. 7:15-cv-00095, to state "Amonette" instead of "Ammette", or grant me leave to make the correction/amendment.

Respectfully submitted,

By   carl d. gordon
           Pro se

May 6, 2015
carl gordon #1014456
Wallens Ridge State Prison
POB 759
Big Stone Gap, VA 24219

2

carl gordon #1014456
Wallens Ridge State Prison
POB 759
Big Stone Gap, Virginia 24219-0759

United States District Court
Clerk's Office
Western District of Virginia
210 Franklin Rd., S.W., Suite 540
Roanoke, VA 24011
24011221499

VIRGINIA DEPARTMENT OF CORRECTIONS
HAS NEITHER INSPECTED NOR INSPECTED
ITEM THEREIN NOR ACCEPTS ANY RESPONSIBILITY
FOR ITS CONTENTS

02 1M
0004257678
MAILED FROM ZIPCODE 24219
PITNEY BOWES
$ 00.48⁰
MAY 07 2015

RECEIVED
MAY 07 2015
MAILROOM