IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| CARL D. GORDON, | ) | Case No. 7:15-cv-00095 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DIRECTOR FRED SCHILLING, *et al.*, | ) | By: Norman K. Moon |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that defendants' motion for summary judgment (Docket No. 16) is **DENIED in part** as to the claim about the policy change in 2011 and is **GRANTED in part** as to all other claims; Gordon's motion for summary judgment (Docket No. 15) is **DENIED**; and defendants shall **FILE** a motion for summary judgment within thirty days that addresses the statute of limitations for the remaining claim.

The Clerk shall send copies of this order and the accompanying memorandum opinion to the parties.

**ENTER**: This 13th day of September, 2016.

_Norman K. Moon_
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE