UNITED STATES DISTRICT COURT
Western District of Virginia
Office of the Clerk
210 Franklin Road, SW, Suite 540
Roanoke, VA 24011-2208

> Carl D. Gordon#1014456
> Red Onion State Prison
> PO Box 1900
> Pound, VA 24279

Dear Sir / Madam:

    In response to your recent submssion to the Court, please read the marked sections for the relevant information.

\_\_\_\_\_ If you wish to obtain copies, you must prepay the copy fee of 50 cents per page. To receive your selected documents, you need to pay $_____ for \_\_\_\_ pages. Please forward payment, instructions, the case caption, and case number to the Office of the Clerk if you want copies, and the Court will mail them to you.

\_\_\_\_\_ The forms /copies you requested are enclosed.

\_\_\_\_\_ If you believe that your constitutional rights have been violated, you may, at your sole discretion, file an action. I have enclosed a copy of the appropriate form for filing such action. You may make multiple copies of the form. Please fill out the form carefully and legibly and sign the form as photocopied signatures are not acceptable. Please note, however, that providing you this form is not a determination by the Court that your claim(s) have any merit. The Court provides the form only as a courtesy.

\_\_\_\_\_ I am unable to send you your requested form _____ because I do not have this form and do not know if it even exists. As an employee of the Court, I must also remain neutral, and thus, I am prohibited from performing legal research on behalf of inmates or the government.

\_\_\_\_\_ Please be advised that neither the Local Rules nor the Standing Orders are available in a format to send to litigants, but they are available on the Court's website. They and the Federal Rules of Civil Procedure are also available from various legal research providers or at law libraries. One standing order refers all non-dispositive matters in pro se prisoner civil actions to a United States Magistrate Judge and requires prisoner civil actions to be filed in the Roanoke Division for administrative reasons only. However, the Court will inform you of the applicable Local Rules and Standing Orders upon receipt of any complaint or petition.

\_\_\_\_\_ No case number was noted on the document(s) sent to the Court, and I am unable to determine the case in this Court in which case you wish to file this submission. If you intend to pursue a new action or file a motion in a pending or closed case, please indicate how and in which action you want these documents filed. If you intend to file in a different court, please mail it to that other court.

\_\_\_\_\_ The Court received a payment on your behalf, and it's returned to you as an enclosure to this letter because:
    _____ you do not presently owe money that the Court collects.

\_\_\_\_\_ the Court does not accept partial payment of the filing fee unless the Court granted you the opportunity to pay in installments, pursuant to 28 U.S.C. § 1915.

\_\_\_\_\_ I am not permitted to provide the legal information you seek. The role of the Court is to adjudicate claims presented by the parties. The Court could not maintain its role as an unbiased arbiter of claims if it assisted either party. As an employee of the Court, I must also remain neutral. Therefore, I am prohibited from providing legal advice or performing legal research on behalf of inmates or the government.

\_\_\_\_\_ The Court is authorized to adjudicate cases. The Court is not authorized to, and does not, investigate allegations of misconduct. Please contact the appropriate law enforcement, inspector general, or ombudsman with the jurisdiction to address your concerns.

\_\_\_\_\_ The Court does not have any record of the case / data / pleading / document you described.

\_\_\_\_\_ The Court received your _____ on _____.

\_\_\_\_\_ You asked about the status of your case. Your case:
    \_\_\_\_\_ was closed by a memorandum opinion and/or order entered on _____. The Clerk's Office mailed you copies of that opinion and/or order the same day, and the mail _____ returned as undeliverable.
    \_\_\_\_\_ was transferred to the _____ by an order entered on _____. Please contact that court at _____. Please note that your new case number in that court is _____.
    \_\_\_\_\_ is pending before this Court. I am sorry, but I cannot give you an estimate as to when an action will be taken in your case. You will receive a copy of any relevant order and/or opinion as soon as the Court issues it.

\_\_\_\_\_ The address you requested is _____.

✓ Mr. Gordon- You asked about case 7:15-cv-00095 and whether or not the motion for reconsideration was timely filed. That is a legal question. We are not permitted to give legal advice. Our role is to be "Keeper of the Record" A docket sheet is enclosed. You will receive a copy of any order and/or opinion as soon as the court issues it.

\_\_\_\_\_ Please note that sending unrequested information to the Court with the hope that it will quicken the consideration of your case is incorrect. The Court will review your case in turn.

\_\_\_\_\_ Please find enclosed your submission because it does not pertain to a pending action and the Court does not maintain a record of such correspondence.

DO NOT USE TAPE ON ANY PLEADINGS- DO NOT SEND IN SOCIAL SECURITY NUMBERS, NAMES OF MINOR CHILDREN OR DATES OF BIRTH UNLESS DIRECTED TO DO SO-ALWAYS KEEP A COPY OF ANYTHING YOU SUBMIT-

Sincerely,
JULIA C. DUDLEY, Clerk of Court

By: _____Deputy Clerk_____
*Deputy Clerk*

Date: _____10/19/2016_____