IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 29 2017

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

CARL D. GORDON,
  Plaintiff,

v.

Civil Action
No.: 7:15-cv-00095

FRED SCHILLING, et al.,
  Defendants.

## NOTICE OF APPEAL

I the plaintiff, carl d. gordon, hereby appeal to the U.S. Court of Appeals for the Fourth Circuit, from the Order entered by this Court on August 31, 2017, dismissing the above-captioned action in its entirety.

Respectfully submitted,
By: carl d. gordon
Pro se

carl d. gordon #1014456
Red Onion State Prison
POB 1900
Pound, VA 24279

September 26, 2017

Carl D. Gordon 1014456
Red Onion State Prison
PO Box 1900
Pound, VA 24279

---

Dear Ms. Dudley:

Enclosed please find my Notice of Appeal to be filed in Civil Action No. 7:15-cv-00095.

Also enclosed is my signed consent form for Civil Action No. 7:17-cv-00250.

Thank you.

Sincerely,
I am,
carl d. gordon

Carl Gordon #1014456
Red Onion State Prison
DOB 1900
Pound, VA 24279

RECEIVED
SEP 27 2017
ROSP MAILROOM

United States District Court
Office of the clerk
210 Franklin RD., RM 540
Roanoke, Virginia 24011

VA DOC HAS NEITHER CENSORED OR INSPECTED THIS ITEM. THE DEPARTMENT DOES NOT ASSUME ANY RESPONSIBILITY FOR ITS CONTENTS

FREE

U.S. POSTAGE >> PITNEY BOWES
ZIP 24279
02 4W
0000337008 $ 000.46°
SEP 27 2017

2401182214 C009