FILED: September 26, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-7298
(7:15-cv-00095-NKM-RSB)
_____

CARL D. GORDON

        Plaintiff - Appellant

v.

DIRECTOR FRED SCHILLING, Health Services Director of Virginia Department of Corrections; MARK AMONETTE, Chief Physician of the Virginia Department of Corrections

        Defendants - Appellees

_____

M A N D A T E
_____

The judgment of this court, entered September 4, 2019, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*