**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**

Carl D. Gordon

# Notice

v.

**CASE NO: 7:15cv00095**

Director Fred Schilling, et al

---

**TYPE OF CASE:**
42 U.S.C. §1983

---

**X TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

---

**PLACE:**
**US District Court**
**1101 Court Street, Suite A66**
**Lynchburg, VA 24504**

**DATE: June 15 - 19, 2020**
**TIME: 9:30 a.m.**
**JUDGE: Norman K. Moon**

---

**TYPE OF PROCEEDING:**

**Jury Trial**

---

**s/S. Taylor**
Deputy Clerk