IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | | |
|---|---|---|
| CARL D. GORDON, | ) | |
|     Plaintiff, | ) | Case No. 7:15-cv-00095 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DIRECTOR FRED SCHILLING, et al., | ) | By: Joel C. Hoppe |
|     Defendants. | ) | United States Magistrate Judge |

The Court held a status conference today with counsel for the parties. To manage disclosure of discovery and enable the parties to evaluate the case for settlement, Defendants are DIRECTED to produce to Plaintiff's counsel, no later than December 11, 2019, Plaintiff's entire medical record from 2011 to the present. Furthermore, the Scheduling Order, ECF No. 81, is MODIFIED as follows:

| | |
|---|---|
| Plaintiff's Initial Expert Disclosure | January 10, 2020 |
| Defendants' Initial Expert Disclosure | February 10, 2010 |

It is so ORDERED.

Enter: November 27, 2019

Joel C. Hoppe
United States Magistrate Judge