CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 25 2020

JULIA C. DUDLEY, CLERK
BY: A. Beeson
DEPUTY CLERK

carl gordon #1014456
Wallens Ridge State Prison
POB 759
Big Stone Gap, VA 24219

June 18, 2020

Re: Carl D. Gordon v. Director Fred Schilling
Case No. 7:15-cv-00095

Dear Ms. Dudley:

    I have not received a copy of any final order entered in the above-captioned case. If one has been entered, please provide me a copy. Thank you.

Sincerely,
I am,
carl gordon

Carl Gordon #1014450000VILLE
Wallens Ridge State Prison
P.O.B. 759
Big Stone Gap, VA 24219

Virginia Dept of Corrections
Item 5 Therefore the Dept Does Not Assume
Any Responsibility For It's Contents

MAILROOM
JUN 22 2020

RECEIVED
JUN 25 2020

U.S. District Court
Office of the Clerk
210 Franklin Road
Room 540
Roanoke, VA 24011-2208




FREE LETTER
U.S. POSTAGE >> PITNEY BOWES
ZIP 24219
02 4W
0000369381 $ 000.50°
JUN. 22. 2020