## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISON

| | |
|---|---|
| CARL D. GORDON, | : |
| Plaintiff, | : |
| v. | : Case No.: 7:15cv95 |
| DIRECTOR FRED SCHILLING, et al., | : |
| Defendants. | : |

### STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), Plaintiff, Carl D. Gordon, by counsel, and with the agreement of all defendants, stipulates that this action shall be dismissed WITH PREJUDICE as to Defendant, Dr. Mark Amonette, and that each party shall bear their own costs and attorney fees incurred in this action.

As evidenced by the endorsement herein, Defendants consent to the dismissal provided for herein.

DATED: July 9, 2020

Respectfully submitted,

CARL D. GORDON

/s/ John P. Fishwick, Jr. (with permission)
John P. Fishwick, Jr. (VSB #23285)
Fishwick & Associates PLC
30 Franklin Road SW, Suite 700
Roanoke, VA   24011
Tel:  (540) 345-5890
Fax:  (540) 345-5789
John.Fishwick@fishwickandassociates.com
*Counsel for Plaintiff*

SEEN AND AGREED:

/s/ Jeff W. Rosen
Jeff W. Rosen, Esq., VSB #22689
Pender & Coward
222 Central Park Avenue
Virginia Beach, Virginia  23462
Phone (757) 490-6253
Facsimile (757) 497-1914
jrosen@pendercoward.com
*Counsel for Defendants Schilling and Amonette*