CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 13 2020

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

earl gordon #1014456

Wallens Ridge State Prison

POB 759

Big Stone Gap, VA 24219

Re: Carl D. Gordon v. Director Fred Schilling, et al.
Case No. 7:15-cv-00095

Dear Ms. Dudley:

Please inform me as to how much I still owe for filing fees regarding the above-captioned case. Thank you.

Sincerely,
I am,

carl d. gordon

MAILROOM

JUL 0 9 2020

RECEIVED

VIRGINIA DEPARTMENT OF CORRECTIONS
HAS NEITHER CENSORED OR INSPECTED
HAS THEREFORE THE DEPARTMENT
ITEM THEREFORE ANY RESPONSIBILITY
DOES NOT ASSUME ANY CONTENTS

U.S. District Court
Office of the Clerk
210 Franklin RD., RM 540
Roanoke, VA 24011-2208

carl gordon #1014456
Wallens Ridge State Prison
POB 759
Big Stone Gap, VA 24219